Thomas Emery, Respondent, v. City of Niagara Falls, Appellant.— Judgment affirmed, with costs. All concurred.

City of Buffalo, Respondent, v. The Frontier Telephone Company and The Empire State Surety Company, Appellants.— Judgment affirmed, with costs. All concurred; Williams, J., not sitting.

Charles O. Peterson, as Executor, etc., of Isaac Haws, Deceased, Appellant, v. Clinton Haws, Individually and as Executor, etc., of Isaac Haws, Deceased, and Others, Respondents.— Judgment and order modified by reducing the additional allowance to the sum of eighty-seven dollars and sixty cents, and as so modified affirmed, without costs of this appeal to either party, and without prejudice to an application at Special Term to correct the judgment to conform to the decision as regards the recovery of costs against the plaintiff personally. All concurred; Williams, J., not sitting.

Albert H. Bell, Respondent, v. Crosstown Street Railway Company of Buffalo, Appellant.— Judgment and order affirmed, with costs. All concurred; Williams, J., not sitting.

Irene Belknap, Respondent, v. City of Buffalo, Appellant.— Judgment and order affirmed, with costs. All concurred; Williams, J., not sitting.

Vogel & Binder Company, Appellant, v. William J. Montgomery and Others, Respondents, Impleaded with Charles Evans Company and Beiter Paint Company, Appellants.— Judgment affirmed, with costs against the appellants individually. All concurred.

William Nash, Plaintiff, v. A. B. Wright & Company, Defendant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concurred; Williams, J., not sitting.

Velma Davidson, an Infant, by Maggie Davidson, Her Guardian ad Litem, Respondent, v. The City of Dunkirk, Appellant.— Motion to dismiss appeal denied, without costs. Judgment and order affirmed, with costs. All concurred; Williams, J., not sitting.

Henry Crowe, Respondent, v. Brunner Baking Company, Appellant.— Judgment and order affirmed, with costs. All concurred; Williams, J., not sitting.

In the Matter of the Judicial Settlement of the Accounts of Edward N. Pfohl, Former Administrator, etc., of Robert E. Campbell, Deceased, Respondent. James Campbell, Present Administrator, etc., Appellant.— Decree affirmed, with costs and disbursements against James Campbell personally. All concurred; Williams, J., not sitting.